UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-21482-CIV-KING

KATHY SALAS,

    Plaintiff,

vs.

CAITLIN SLAYBACK and MICHAEL PEREZ,

    Defendants.
_____/

### PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW Plaintiff, KATHY SALAS ("Plaintiff"), by and through undersigned counsel, and pursuant to Court Notice of FLSA Procedures [DE 5] files her Statement of Claim for FLSA damages.

**Period Claimed**: January 19, 2015 to February 28, 2015.

**Weeks**: 6, approximately.

**Hours and Rate of Pay**: Plaintiff agreed upon wage was thirty hours of work for $150 per week plus room and board. In addition to her wages, Defendants promised Plaintiff she was to be paid $12/hr. for hours she worked while the child was awake in excess of the agreed upon 30 hours per week or $10/hr. if the child was asleep. Plaintiff worked an average of 52.5 hours per week.

**Regular Hours Owed:** Plaintiff estimates she is owed 10 hours of regular time for each week she worked for Defendants. Using an average of $11/hr. Plaintiff estimates she is owed $110/wk for 6 weeks or $660.00.

**Overtime Hours Owed:** Plaintiff estimates she is owed 16 hours of overtime for each week she worked for Defendants. Using an average of $11/hr. (regular time) at an overtime rate of 1.5, Plaintiff estimates she is owed $264/wk. or $1584.00.

1

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

**TOTAL FLSA DAMAGES:**

| | |
|---|---|
| **Straight time wages owed:** | $ 660.00 |
| **Overtime wages owed:** | **$ 1584.00** |
| | $2244.00 |

**Liquidated Amount:**            $4488.00

**Attorney's fees and costs to date: $ 2205.00 in attorney's fees (5.5 hours at $300.00 per hour (Lowell J. Kuvin, Esq.); $480.00 filing fee, summons & service (estimated)).**

Plaintiff is aware of her ongoing duty and reserves the right to amend her Statement of Claim.

Respectfully submitted this 13nd day of May, 2015.

> By: **s/Lowell J. Kuvin, Esq.**
> Lowell J. Kuvin, Esq
> Florida Bar No. 53072
> lowell@kuvinlaw.com
> esther@kuvinlaw.com
> *Law Office of Lowell J. Kuvin*
> 17 East Flagler Street, Suite 223
> Miami, Florida 33131
> Tel.: 305.358.6800
> Fax: 305.358.6808
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 13, 2015, I electronically filed the foregoing document via CM/ECF.  I also certify that the foregoing document is being served this day upon Caitlin Slayback and Michael Perez, by USPS.

> By: __s/Lowell J. Kuvin__
> Lowell J. Kuvin, Esq.

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808