UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-cv-21482-JLK

KATHY SALAS,

    Plaintiff,

vs.

CAITLIN SLAYBACK and MICHAEL PEREZ,

    Defendants.

_____/

## NOTICE OF FILING PLAINTIFF'S PRETRIAL STIPULATIONS

By and through undersigned counsel, Kathy Salas files her Pretrial Stipulations and states the following:

1. The Parties' Pretrial Stipulations were originally due to be filed on July 29, 2016 as per the Court's Order [DE 13].

2. After several unsuccessful attempts to confer with counsel for the Defendants, Plaintiff filed a motion to extend the time to file Parties' Pretrial Stipulations after counsel for the Defendants informed Plaintiff's counsel he was ill and in the hospital. [DE 21].

3. The Court granted the motion and set the deadline to August 26, 2016. Plaintiff's counsel informed Defendants counsel.

4. On August 22, 2016 Plaintiff's counsel sent Defendants' counsel a completed (as to Plaintiff) Pretrial Stipulation along with Plaintiff's Witness and Exhibit List as well as the exhibits and reminded Defendants' counsel that the completed forms were due to be filed with the Court no later than August 26, 2016.

1

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

5. On August 25, 2016, Plaintiff's counsel again reminded counsel for the Defendants that the Pretrial Stipulations were due on August 26, 2016 and to "please forward [to Plaintiff a copy] of the Stipulations and witness and exhibit list." Counsel for the Defendants responded "I will get it to you by tomorrow."

6. Counsel for the Defendants did not forward a copy of the Parties' Pretrial Stipulations or any witness or exhibits lists to Plaintiff's counsel.

7. Plaintiff is therefore forced to file her unilateral Pretrial Stipulation.

8. Plaintiff's counsel respectfully apologizes for the tardiness of this filing. It was an inadvertent mistake which is the result of waiting for counsel for the Defendants' response.

9. Plaintiff's Pretrial Stipulation is attached hereto as Exhibit "A."

Respectfully submitted August 29, 2016.

By: __s/Lowell J. Kuvin__
Lowell J. Kuvin, Esq
Florida Bar No. 53072
lowell@kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **August 29, 2016** I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

## **SERVICE LIST**
CASE NO.: 15-cv-21482-JLK; Salas v. Slayback, et al.

Dennis R. Bedard
Attorney for Defendants
dennisbedard@bellsouth.net
1717 N. Bayshore Drive
Suite 215
Miami, Florida 33132
(305) 530-0795
(305) 530-9587 FAX

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808