UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-CV-21482 JLK

KATHY SALAS,

    Plaintiff,

vs.

CAITLIN SLAYBACK and MICHAEL PEREZ,

Defendants.
_____/

## JOINT PROPOSED VOIR DIRE QUESTIONS

1. Ladies and Gentlemen of the jury, this is a civil case. In a civil case, the burden of proof placed upon the plaintiff is that her case must be established by a preponderance of the evidence. A preponderance of the evidence simply means an amount of evidence that is enough to persuade you that the plaintiffs claim is more likely true than not. In contrast, the burden of proof in a criminal case is beyond a reasonable doubt. Is there anyone who does not understand this distinction?

2. I have discussed the burden of proof in a civil case. Is there anyone who, despite this distinction, does not feel they can judge this case based upon that standard but would instead hold the plaintiff to a higher burden of proof?

3. In a civil trial such as this, you as a juror will be the sole judge of the facts. While the judge will make decisions regarding the law, you will judge the facts. Does anyone feel hesitant about sitting in judgment of another such that you would feel so uncomfortable you would choose not to serve as a juror?

4. If an employer made a promise to you and failed to live up to the agreement, what would you say?

5. If an employer refused to pay an employee, should she be entitled to sue the former employer? Why do you feel this way?

6. Have you or a family member, or a business you owned or worked at, ever been sued for unpaid wages? If yes, please tell us about that situation.

7. Have you ever worked as an employee who was paid on an hourly basis? Tell me about where you worked and about your experience working there.

8. Some people feel that employers should be responsible for their action and other people feel that employers should not be held responsible for their actions. How do you feel about this?

9. Have any of you ever hired a person to be a live in nanny to care for your child?

10. How many of you believe that the responsibility of raising a child should be the responsibility of both parents and both parents should be involved in decisions that will affect their child?

Respectfully submitted October 20, 2016.

By: /s/ Lowell J. Kuvin
Lowell J. Kuvin, Esq.
Florida Bar No. 53072
lowell@kuvinlaw.com
sunny@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorneys for Plaintiff*

By: /s/ Dennis Bedard
Dennis Bedard, Esq
Florida Bar No. 759279
dennisbedard@mac.com
dennisbedard@me.com
dennisbedard@bellsouth.net
1717 N. Bayshore Drive
Suite 215
Miami, Florida 33132
Tel.: 305-530-0795
Fax: 305-530-9587
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically serve a copy of the foregoing upon all counsel of record.

By: /s/ Lowell J. Kuvin
Lowell J. Kuvin, Esq.